# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————————

No. 05-1907

—————————

| | | |
|---|---|---|
| Jennifer Johanna Pedersen, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| Hennepin County; Patrick D. | * | District Court for the |
| McGowan, Sheriff; Michele | * | District of Minnesota. |
| Smolley, Chief Deputy; Thomas | * | |
| Merkel, Inspector; Richard | * | [UNPUBLISHED] |
| Estensen, Former Inspector, | * | |
| officially and individually, | * | |
| | * | |
| Appellees. | * | |

—————————

Submitted: October 14, 2005
Filed: March 3, 2006

—————————

Before ARNOLD, MURPHY, and GRUENDER, Circuit Judges.

—————————

PER CURIAM.

Jennifer Pederson brought this action against the defendants for detaining her in jail for twelve hours after a court had ordered her release. Her complaint contained a claim under 28 U.S.C. § 1983 along with various state law claims. The district

court[1] granted the defendants summary judgment on the federal claim and declined to exercise further jurisdiction over the state law claims. Ms. Pederson appeals.

We have already dealt with similar suits against these same defendants in previous cases and have found them to be without merit. *See*, *e.g.*, *Lund v. Hennepin County*, 427 F.3d 1123 (8th Cir. 2005); *Russell v. Hennepin County*, 420 F.3d 841 (8th Cir. 2005). Finding nothing in the instant case to distinguish it from these others, we believe that an extended discussion is unnecessary and affirm the judgment of the district court. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.